**Jerry BENALLO, Jr.**
v.
**UNITED STATES of America.**
No. 4762.

United States Court of Appeals
Tenth Circuit.

Oct. 21, 1953.

A. X. Erickson, W. H. Erickson, Milton Berger and Albert E. Sherlock, Denver, Colo., for appellant.

Charles S. Vigil, U. S. Atty., and James Heyer, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Bail reduced without written opinion.

**Theodore Richard BYRD, Jr.,**
v.
**UNITED STATES of America.**
No. 4716.

United States Court of Appeals
Tenth Circuit.

July 31, 1953.

John C. Moran, Oklahoma City, Okl., for appellant.

Robert E. Shelton, U. S. Atty., Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge.

PER CURIAM.

Docketed and dismissed, on motion of appellee.

**William CALVARESI**
v.
**UNITED STATES of America.**
No. 4761.

United States Court of Appeals
Tenth Circuit.

Oct. 21, 1953.

A. X. Erickson, W. H. Erickson and Milton Berger, Denver, Colo., for appellant.

Charles S. Vigil, U. S. Atty., and James Heyer, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Bail reduced without written opinion.